United States District Court
Southern District of Texas
**ENTERED**
October 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANDRA BRANDIBURG, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-1568 |
| | § | |
| CAROLYN W COLVIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's action pursuant to 42 U.S.C. § 405(g), which motion had been referred to the Magistrate Court for a report and recommendation.

On July 18, 2016, the Magistrate Court issued a Report and Recommendation. The Court notes that there are no objections to the Report and Recommendations. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the Report and Recommendation. Having found no clearly erroneous error, the Court adopts the report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. #17) is DENIED, Defendant's Motion for Summary Judgment (Doc. #16) is GRANTED to the extent consistent with the findings and conclusions in the Magistrate's Report, and the Commissioner's final decision to deny benefits is AFFIRMED.

It is so ORDERED.

SEP 2 9 2016
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge